**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. 25-127-UNA |
| ANDRE SUMMERVILLE, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about March 17, 2023, in the District of Delaware, the defendant, **ANDRE SUMMERVILLE**, willfully and knowingly did receive, steal, purloin, and convert to his own use or the use of another, money of the United States in excess of $1,000, that is $639,024.72 from a United States Treasury check payable to 2 FINGERZ INC containing payment for Employee Retention Credits to which 2 FINGERZ INC was not entitled.

All in violation of 18 U.S.C. § 641.

### NOTICE OF FORFEITURE

Upon conviction for Count One of the Information, the defendant, **ANDRE SUMMERVILLE**, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), in conjunction with 28 U.S.C. § 2461(c), all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses charged in the Indictment.

If the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

JULIANNE E. MURRAY
United States Attorney

BY: *[signature: J. S. W.]*
Jesse S. Wenger
Assistant United States Attorney

Dated: September 5, 2025